UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| DAE SUNG HI TECH. CO., LTD and FIRST 2 MARKET PRODUCTS, LLC<br><br>　　　Plaintiff,<br><br>　vs.<br><br>NEXT GEN PRODUCTS, dba TRENDY COOKS, and DOES 1 through 1000, inclusive,<br><br>　　　Defendants. | Case No.:  2:19-cv-06262 SJO<br><br>**[PROPOSED] ORDER ON MOTION TO SET ASIDE CLERK'S DEFAULT** |

　　THIS CAUSE having come before the court on the Motion to Set Aside Clerk's Default filed by Defendant, NEXT GEN PRODUCTS, dba TRENDY COOKS, with the court having considered the parties' briefs, the record, and otherwise duly advised in the premises, hereby GRANTS the Motion.  The Clerk's Default is hereby set aside and Defendant shall serve a response to the Amended Complaint within twenty-one (21) days from the date of this Order.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　Hon. S. James Otero, U.S.D.J.