# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DAE SUNG HI TECH. CO., LTD and FIRST 2 MARKET PRODUCTS, LLC<br><br>Plaintiff,<br><br>vs.<br><br>NEXT GEN PRODUCTS, dba TRENDY COOKS, and DOES 1 through 1000, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-06262 SJO<br><br>**DECLARATION OF MURAD MUNIR IN SUPPORT OF MOTION TO SET ASIDE CLERK'S DEFAULT** |

COUNTRY OF ENGLAND

I, MURAD MUNIR, hereby declare and affirm as follows:

1. I am the owner of NEXT GEN PRODUCTS dba TRENDY COOKS ("Trendy Cooks"), the named Defendant in the above-captioned action.

2. I make this declaration on behalf of Trendy Cooks and have personal knowledge of the facts alleged herein and, if necessary, I can and will testify truthfully as stated herein.

3. I am a resident of the United Kingdom.

4. I am over the age of the 18, and I am fully competent to make this Declaration, which is true and correct based on my personal knowledge.

5. Trendy Cooks exists under the laws of England, with its principal place of business located in England.

6. Trendy Cooks does not conduct any business in the State of California, nor anywhere in the United States.

7. Trendy Cooks does not have any offices, employees, documents, assets, or leases, in California.

8. Trendy Cooks has no mailing address, telephone numbers, bank accounts, agents or distributors in California.

9. Trendy Cooks has never marketed, sold, or offered to sell any of its products in California.

10. Trendy Cooks does not have any agents in California for purposes of accepting service of process, summons, and complaints. It does not have a registered agent in California, nor has it at any time appointed or authorized any person or entity, including, but not limited to, DAE SUNG HI TECH. CO., LTD and FIRST 2 MARKET PRODUCTS, LLC, to accept service on its behalf.

11. While Trendy Cooks does sell products through Amazon.com, it does not specifically direct its sales efforts at California.

12. At Document Entry 26 in this action, Plaintiffs indicate that they served the Summons and Complaint on Trendy Cooks via Amazon.com's "internal email system." Doc. 26 at 1. Plaintiffs provide no additional information concerning this "email system," such as the date sent, email address used, or any confirmations of receipt received.

13. Trendy Cooks receives significant unsolicited email through Amazon.com, some of which is blocked by Amazon as spam. That appears to be what happened in this action.

14. I first gained knowledge of this lawsuit in early January, when I received a document setting a February 3, 2020 hearing on a default judgment requested by the Plaintiffs.

15. Upon receiving that correspondence, I immediately began to search for a law firm in the United States to represent the company's interests. I located counsel on or about January 10, 2020 and requested that counsel immediately contact the Plaintiffs and request that they set aside the Clerk's Default, given that the initial correspondence of this lawsuit to Amazon.com's email system went to spam.

16. Plaintiffs refused to set aside the Clerk's Default, even though Trendy Cooks intends to defend this action.

I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED on January 20, 2020


Murad Munir (Jan 20, 2020)

Murad Munir

DECLARATION OF MURAD MUNIR
- 3 -