JS-6

KENNETH G. EADE (SBN 93774)
info@kennetheade.com
9350 Wilshire Blvd., Suite 203
Beverly Hills, CA 90212
Telephone: (310) 889-0772

*Attorney for Plaintiffs,*
DAE SUNG HI TECH. CO., LTD. and
FIRST 2 MARKET PRODUCTS, LLC


LEIA LEITNER (SBN 105621)
leia@watsonllp.com
WATSON, LLP
601 S. Figueroa Street, Suite 4050
Los Angeles, CA 90017
Telephone: (213) 228-3233

*Attorney for Defendant,*
NEXT GEN PRODUCTS,
dba TRENDY COOKS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAE SUNG HI TECH. CO., LTD. and FIRST 2 MARKET PRODUCTS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>NEXT GEN PRODUCTS, dba TRENDY COOKS, *et al.*,<br><br>Defendants. | Case No. CV 19-6262-GW-JEMx<br><br>**ORDER FOR ENTRY OF CONSENT JUDGMENT AND DISMISSAL** |

Pursuant to and consistent with the terms of a Settlement Agreement and Release ("Settlement Agreement"), the Plaintiffs and Defendants hereby consent to the entry of judgment in favor of Plaintiffs Dae Sung Hi Tech Co., Ltd. and First 2 Market Productions,

1  LLC (collectively "Plaintiffs") and against Next Gen Products, dba Trendy Cooks
2  ("Defendants"), as follows:
3      1.    Defendants, their agents, servants, officers, representatives, directors,
4          attorneys, successors, assigns, and anyone acting in concert with them (the
5          "Enjoined Parties") are hereby enjoined and restrained as follows:
6            a. The Enjoined Parties are prohibited from advertising, marketing,
7              selling or offering for sale, any products which infringe on U.S. Pat.
8              No. 7,503,696 (the " '696 Patent"), issued March 17, 2009, with a
9              priority filing date of April 27, 2005, which describes claims for sealing
10             devices ("sealing devices");
11           b. The Enjoined Parties are prohibited from importing, exporting,
12             manufacturing, producing, selling, offering to sell, advertising,
13             marketing, promoting or displaying any products which infringe on the
14             '696 Patent, or any other products that are no more than colorable
15             variations thereof with respect to the claims of the '696 Patent, during
16             the term of the '696 Patent; and
17           c. The Enjoined Parties are to take all actions, including but not limited
18             to, removing from Amazon.com and the Enjoined Parties' websites,
19             any products which infringe on the '696 Patent.
20     2.    Plaintiffs are hereby awarded damages against Defendants NEXT GEN
21         PRODUCTS, DBA TRENDY COOKS in the amount of $20,000, pursuant to
22         the Settlement Agreement between the parties heretofore executed.
23
24     Unless and until such time as execution or enforcement becomes necessary, for
25 which the parties agree that this court shall retain jurisdiction, this matter is to be dismissed
26 with prejudice and with each party to bear their respective costs, including attorney's fees.
27
28

CONSENT JUDGMENT AND DISMISSAL ENTRY

**IT IS SO APPROVED:**

DATED: April 23, 2020          LAW OFFICE OF KENNETH G. EADE

                                           /s/ Kenneth Eade
                               KENNETH EADE, ESQ. (SBN 93774)
                               *Attorney for Plaintiffs,*
                               DAE SUNG HI TECH. CO., LTD. and FIRST 2 MARKET PRODUCTS, LLC

DATED: April 23, 2020          WATSON, LLP

                                           /s/ Leia V. Leitner
                               LEIA V. LEITNER, ESQ. (SBN 105621)
                               *Attorney for Defendant,*
                               NEXT GEN PRODUCTS, dba TRENDY COOKS

**IT IS SO ORDERED.**

DATED: April 24, 2020

*(signature)*

                               HON. GEORGE H. WU
                               U.S. DISTRICT JUDGE